UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8373-DLB

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

TIMOTHY JARROD PAIGE,

                Defendant.
_____/

**NOTICE AND INFORMATION CHARGING PRIOR
FELONY DRUG CONVICTION PURSUANT TO
TITLE 21, UNITED STATES CODE, SECTION 851**

      The United States Attorney for the Southern District of Florida charges that defendant TIMOTHY JARROD PAIGE, charged in the instant case with a drug offense arising under Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), has been and was previously convicted on or about November 14, 2016, in Palm Beach County (Florida) Circuit Court Case No. 2016CF000647AMB of the offenses of Possession of Marijuana with Intent to Sell, in violation of Florida Statute 893.13(1)(a), a Third Degree Felony Offense under Florida law, and Possession of a Schedule IV Controlled Substance, in violation of Florida Statute 893.13(6)(a), a Third Degree Felony Offense under Florida law.

      A copy of the Judgment in the aforementioned case is attached hereto as Government's Exhibit 1. Furthermore, notice is hereby provided that the United States shall rely upon the aforementioned prior felony drug offense conviction(s) to seek an

increased statutory maximum punishment for the defendant as set forth in Title 21, United States Code, §§ 841(b)(1)(D) and 851.   Defense counsel is hereby noticed that this Information is made in compliance with Title 21, United States Code, Section 851(a)(1).

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY:    s/ *John C. McMillan*
        JOHN C. McMILLAN
        ASSISTANT UNITED STATES ATTORNEY
        Admin. No. A5500228
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Office:   (561) 820-8711
        FAX:    (561) 820-8777
        Email: John.McMillan@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system.

By:    s/ *John C. McMillan*
       JOHN C. McMILLAN
       ASSISTANT UNITED STATES ATTORNEY